RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/30/09
68

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **GREGORY PAUL CLEMENT** | **CIVIL ACTION 08-450** |
| **VERSUS** | **JUDGE HAIK** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. After an independent review of the record, including the objections filed by the claimant, the Court disagrees with the opinion of the Magistrate Judge that the errors committed were necessarily harmless.

It is hereby held that the decision of the ALJ is **REVERSED** and this matter is **REMANDED** for further proceedings to include an analysis of the treating physician opinions and a complete review and proper analysis of whether Listing 11.04B and 11.06 requirements have been met.

THUS DONE and SIGNED on this the 29th day of September, 2009.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT